# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 11CR2734-H |
| Plaintiff, | BOOKING NO. 27627-298 |
| vs. | **JUDGMENT AND ORDER OF DISMISSAL** |
| JORGE AGUILERA-RIOS (1), | (AFTER APPEAL MANDATE HEARING) |
| Defendant. | |

    IT APPEARING that the defendant Jorge Aguilera-Rios is now entitled to be discharged for the reason that:

    the United States Court of Appeals for the Ninth Circuit has REVERSED the defendant's conviction of Attempted Entry After Deportation, a violation of Title 8 United States Code Section 1326 as charged in the Indictment; and

    the United States has made an oral motion to dismiss the Indictment and to vacate the conviction,

    IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that, pursuant to the Mandate of the Ninth Circuit, defendant Jorge Aguilera-Rios is hereby DISCHARGED, the United States' oral motion to dismiss the Indictment is hereby GRANTED, the Indictment in this case is hereby DISMISSED, and the defendant's conviction and sentence is hereby set aside and VACATED.

DATED: October 21, 2014

                                                    HONORABLE MARILYN L. HUFF
                                                    UNITED STATES DISTRICT JUDGE